UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHERNDOWN, INC. Plaintiff, -v- HSS LLC Defendant. | Case No. 11-CIV-8619 TPG **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SOUTHERNDOWN, INC. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of Southerndown, Inc. that are publicly held.

**Date:** November 28, 2011

Signature of Attorney

**Attorney Bar Code:** 4171716NY